[No. 10458-0-II.   Division Two.   June 9, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY DONALD BARNES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85-1-02174-8, Waldo F. Stone, J., entered October 10, 1986. *Reversed* by unpublished opinion per

Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.